IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:17-CR-00011-FL-2

UNITED STATES OF AMERICA

vs.  **ORDER**

TERESA PARKER,
    Defendant.

FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is directed to seal the Sentencing Memorandum and Motion for Variance of the defendant except that the Clerk is authorized to provide a filed copy of the Sentencing Memorandum and Motion for Variance and Motion to Seal said Sentencing Memorandum and Motion for Variance to counsel for the defendant and counsel for the Government.

It is so ORDERED and DIRECTED, this the   26th   day of September, 2017.

                                                                           
THE HONORABLE LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT COURT JUDGE