IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:17-CR-00011-FL-2

UNITED STATES OF AMERICA

vs. **ORDER**

TERESA PARKER,
    Defendant.

FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is directed to seal the defendant's Motion for Reconsideration [DE 123] and the Supporting Letter [DE 123-1] except that the Clerk is authorized to provide a filed copy of the Motion for Reconsideration [DE 123] and the Supporting Letter [DE 123-1] to counsel for the defendant and counsel for the Government.

It is so ORDERED and DIRECTED, this the  20th  day of October, 2017.

_____
The Honorable Louise Wood Flanagan
United States District Court Judge